

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

September 2, 2025

**VIA ECF**

The Honorable Steven I. Locke
United States Magistrate Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:   *SEC v. Battery Private, Inc. and Jeffrey Slothower,*
               **21-cv-04577-GRB-SIL**

Dear Judge Locke:

      Plaintiff U.S. Securities and Exchange Commission ("SEC") respectfully requests that the Court enter the attached proposed Amended Scheduling Order to extend the close of fact discovery to October 10, 2025 and to adjourn the next status conference to a date between October 13-22, 2025 or October 24-31, 2025. Defendant Jeffrey Slothower consents to these requests and is available to participate remotely in a conference during the proposed dates. This is the SEC's first request to extend discovery.

      The SEC needs additional time to finish fact discovery for two reasons. First, lead counsel for the SEC, David Stoelting, has a trial scheduled for September 8, 2025 through September 19, 2025, which overlaps with the close of fact discovery currently scheduled for September 19, 2025 (ECF No. 33). Second, for the past several months, the SEC has been seeking to schedule the deposition of a third-party witness, Dr. Ryan Stanton, who has recently indicated that he is unavailable for a deposition until October. Accordingly, the SEC requests the Court enter the proposed amended Scheduling Order.

                                            Respectfully submitted,

                                             /s/ *Stewart Gilson*
                                             Stewart Gilson
                                             Securities and Exchange Commission
                                             (212) 336-5460
                                             gilsonst@sec.gov
                                             Counsel for Plaintiff

cc (by email): Jeffrey Slothower